A. B. Armington, Plaintiff in Error, vs. W. A. Fulton, Defendant in Error.

Writ of error to Circuit Court, Hernando county; William A. Hocker, Judge.

*G. C. Martin,* for Plaintiff in Error.

*W. S. Jennings,* for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant and the plaintiff takes writ of error. The judgment is affirmed.

Decision Per Curiam.

---

William G. Audenried, Appellant, vs. Sarah A. Gregson *et al.,* Appellees.

Appeal from Circuit Court, Orange county; John D Broome, Judge.

*Arthur F. Odlin,* for Appellant.
*Beggs & Palmer,* for Appellees.

The bill in this cause was filed by the appellees against the appellant. There was decree for the complainants and the defendant appeals. Dismissed for failure to file abstracts of record.

Decision Per Curiam.